E-FILED
Wednesday, 13 June, 2018  12:52:01 PM
Clerk, U.S. District Court, ILCD

AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**

JUN 1 8 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Any and all funds contained in Navy Federal Credit<br>Union bank account 7029731721 held in the name<br>of Stephan Caamano | )<br>)<br>)<br>)<br>)<br>) Case No. 18-mj-7111 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____Central_____ District of
_____Illinois_____ is subject to forfeiture to the United States of America under ____18____ U.S.C. §
981(b) and 21 U.S.C. § 881(b)                    (Describe the Property):

Any and all funds contained in Navy Federal Credit Union bank account 7029731721 held in the name of Stephan Caamano

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/Trevor S. Waite
_____
*Applicant's signature*

HSI Special Agent Trevor S. Waite
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/13/2018 ; 12:35 p.m.

City and state:  Urbana, Illinois

s/Eric I. Long
_____
*Judge's signature*

U.S. Magistrate Eric I. Long
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

I, Trevor S. Waite, being first duly sworn on oath, state the following:

1.      I am a Special Agent (SA) with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Office of the Resident Agent in Charge (RAC) in Springfield, Illinois. I have been employed as a Special Agent since December of 2009. I have received training at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a SA with ICE, I was a police officer with the New York State University Police, in Oswego, New York, from May of 2008 until joining ICE in December of 2009. In order to become a certified police officer in New York State I graduated from the Central New York Police Academy, in Syracuse, New York. Prior to becoming a police officer, I earned a Bachelor of Arts degree in History, with a minor in Criminal Justice, from the State University of New York at Potsdam in December of 2007. From these assignments, I have become familiar with narcotics investigations.

2.      Since December 2017, I have been involved in a joint investigation of Stephan CAAMANO with the Drug Enforcement Administration (DEA), Springfield, Illinois, Resident Office (SRO).

3.      This affidavit is submitted in support of an application for a seizure warrant for any and all funds contained in bank account number 7029731721 held in CAAMANO's name at the Navy Federal Credit Union (DEA Case Number I4-18-0026).

4.      There is probable cause to believe that CAAMANO engaged in the Distribution of a Controlled Substance and Attempt to Distribute a Controlled

Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846, and that the funds contained in account number 7029731721 were derived from proceeds traceable to, the specified unlawful activity, and are subject to forfeiture pursuant to 18 U.S.C. § 981(b) and 21 U.S.C. § 881(b).

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

6.      Since this affidavit is being submitted for the limited purpose of securing a seizure warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that CAAMANO committed violations of 21 U.S.C. §§ 841 and 846 (Distribution of a Controlled Substance and Attempt to Distribute a Controlled Substance). Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### *Probable Cause*

7.      In December 2017, agents from the Drug Enforcement Administration (DEA) began investigating Stephan CAAMANO (CAAMANO) for manufacturing a controlled substance with tablet press machines purchased online from various companies based in China. Customs and Border Protection (CBP) agents contacted the DEA in Springfield, Illinois, pertaining to several imported items seized by CBP that were destined for delivery to CAAMANO.

2

8.      CBP advised that on September 16, 2016, agents seized a package from Mijdrecht, the Netherlands, that was inbound to CAAMANO at an address of 2562 Le Conte Avenue, Berkeley, California.  The package contained 29 grams of 3,4-Methylenedioxymethamphetamine, or MDMA (commonly known as ecstasy). An open records search identified the address as student housing for the University of California-Berkeley, which was occupied by CAAMANO during his enrollment there.

9.      CBP further advised that on April 18, 2017, agents seized a package from Shanghai, China, that was inbound to CAAMANO at an address of 510 South Fair Street, Champaign, Illinois. The package contained one turbine wheel box pill press machine. Agents have confirmed that CAAMANO currently rents that property, and he was the sole renter known to agents at the time of the seizure. CAAMANO's lease on the property ends in July 2018, according to the realty management company.

10.     CBP advised that on June 13, 2017, agents seized a package from an unknown shipper that was inbound to CAAMANO at an address of 1717 West Kirby Avenue, #108, Champaign, Illinois. The package contained 109 grams of Fentanyl and 210 grams of Alprazolam (Xanax). That address corresponds to a mailing box at a UPS store, which was rented by CAAMANO.

11.     CBP advised on July 13, 2017, agents seized seven packages from Shanghai, China, that were inbound to CAAMANO at an address of 202 South Broadway Avenue, #142, Urbana, Illinois, which corresponds to the Urbana Post Office. These packages contained drilling machine bolts for a tablet press machine. Agents have confirmed through United States Postal Investigation Services (USPIS) that

3

CAAMANO rented Post Office Box 142 at the Urbana Post Office during the time of the seizure.

12.     Law enforcement agents also obtained a copy of a University of Illinois Urbana-Champaign Police Department report taken on October 25, 2016, where a campus housing maintenance worker completed a work order request, and observed drug-related equipment at 2101 Hazelwood Ct., Apt. 204, Urbana, Illinois. The University Department responded and spoke with the resident, CAAMANO, concerning the equipment. CAAMANO advised the chemicals, pills, and tablet press machine were for health supplement pills that he wanted to manufacture.

### Background Regarding 1510 Glenshire Drive

13.     Law enforcement agents discovered bank records at Navy Federal Credit Union for accounts associated with CAAMANO. Through their examination of CAAMANO's Navy Federal Credit Union checking account # 7029731721, law enforcement learned that CAAMANO purchased the real property at 1510 Glenshire Drive in Champaign, Illinois, in full on July 31, 2017, with a wire transaction for $235,500 to the seller's bank under the business name Longevity Realty Management, LLC.[1] Official records show that this property was still owned by Longevity Realty Management as of May 2018.

---

[1] As will be discussed further below, a review of those records further showed that at the time of the purchase of the Glenshire residence, Stephan CAAMANO had received several large deposits to his checking account from his 1oz gold American eagle sales to American Precious Metal Exchange (APMEX), which enabled CAAMANO to purchase the 1510 Glenshire residence, along with a 2017 Toyota RAV4, in full.

14.     Champaign County Assessor documents obtained in January 2018 show that the address listed for Longevity Realty Management, LLC,  was 510 South Fair, Champaign, which was a property rented by CAAMANO.  New Mexico Secretary of State records, however, show Longevity Realty Management, LLC's address as matching that of Law 4 Small Business, the law firm CAAMANO is believed to have hired to help him establish the LLC.[2]

15.     Agents have further learned via an open source records search that utilities were established in CAAMANO's name at the Glenshire Drive property on July 24, 2017.

### Surveillance of CAAMANO and Package Drop

16.     On March 8, 2018, agents conducted surveillance of CAAMANO at the Glenshire Drive property. At approximately 10:00 a.m., agents observed CAAMANO depart the Glenshire Drive property in a blue 2017 Toyota RAV4 (RAV4). The RAV4 was registered to CAAMANO. Agents observed CAAMANO arrive in the RAV4 at a United States Postal Service (USPS) drop box located near 2012 Round Barn Road, Champaign, Illinois.  Agents then observed and video recorded CAAMANO as he removed yellow manila envelopes from the rear passenger area of his vehicle multiple times and deposited said manila envelopes into the USPS drop box.

---

[2] The Home Owner's Association for the Glenshire residence is the only additional entity with knowledge of Longevity Realty Management, LLC, that agents were able to locate, outside of the companies involved in the purchase of the property. No other records, paperwork, marketing, etc. have been located showing this LLC is legitimate.  A local Champaign, Illinois, real estate business, Green Street Realty, which manages CAAMANO's rental at 510 South Fair and has been in business for more than 25 years, has no record of any Longevity Realty Management, LLC, operating in their area.

17.    That same morning, while maintaining surveillance of the drop box, agents contacted the United States Postal Inspection Service so that they could visually inspect the manila envelopes deposited in the USPS drop box by CAAMANO. USPIS sent a mail carrier to open the drop box near 2012 Round Barn Road, Champaign, Illinois, and to collect all mail from inside the drop box.

18.    Later that morning, at approximately 11:15 a.m., agents met with the USPS mail carrier at the Round Barn Road location. Prior to the mail carrier's arrival, agents confirmed via surveillance that no other individuals had gained access to the USPS drop box or tampered with its contents. With assistance from the USPS mail carrier, agents were able to visually inspect the contents of the drop box and observed 33 yellow manila envelopes matching in appearance the yellow manila envelopes agents previously saw CAAMANO depositing into the drop box. No other item in the drop box outside those 33 envelopes was comparable to the items agents observed and video recorded CAAMANO depositing in the drop box.

19.    Also on March 8, 2018, at approximately 2:00 p.m., agents traveled to the United States Post Office, located at 600 North Neil Street, Champaign, Illinois, where the USPS mail carrier who assisted at the USPS drop box near 2012 Round Barn Road, Champaign, Illinois, had directly taken the 33 manila envelopes identified as matching the manila envelopes deposited by CAAMANO.

20.    Agents visually inspected each of the 33 manila envelopes and observed that the return sender on each of the 33 envelopes was listed as a "Colin H. Taylor". Agents also observed a shipping company, EasyPost, had created the shipping label on

each envelope, and all envelopes had the same EasyPost account number: C26321. One

of the 33 packages was addressed to an individual in St. Louis, Missouri. Law

enforcement later obtained consent from the individual to whom the package was

addressed to open that package. The package contained a clear plastic vacuum sealed

bag with white elongated pills, each marked "Xanax" and "2", and weighing 335 grams.

The listed recipient never received the package, as it was retained by law enforcement

after it was found to contain pills.

     21.     Agents interviewed the USPS mail carrier who advised similar manila

envelopes had been deposited into four USPS drop boxes in the vicinity of Mattis

Avenue and Kirby Avenue in Champaign, Illinois, each day for more than a year. The

mail carrier estimated the number of manila envelopes to be between 50 and 100 among

the four drop boxes each day.

     22.     The USPS mail carrier stated he made a formal complaint in March 2017 to

management about the quantity of manila envelopes, which had been making his

collection duties very difficult to complete. The mail carrier advised that at the time of

the complaint his management contacted the shipper, identified as "Sharon Lee", and

advised a non-fictitious mailing address was required, otherwise the manila envelopes

would not be shipped. The mail carrier provided a photograph to agents of a manila

envelope seen in March 2017 bearing the return shipping name "Sharon Lee". Agents

observed the shipping label was created by EasyPost and was associated with the same

account number: C26321.

## *Recovery of Alprazolam in Champaign County*

23.     On March 9, 2018, agents received information from the Champaign County Sheriff's Office concerning an incident report involving recovered property.  On February 21, 2018, the Sheriff's Office took a report at 3206 Halifax Drive, Apartment B, Champaign, Illinois, in which a female subject, identified as T.A., received four boxes delivered to her by USPS, each identifying her as the "return sender." T.A. told the Sheriff's Office that she did not send any boxes and opened one to check its contents. Upon inspection, T.A. observed three gray packages, wrapped in bubble wrap, inside the box. T.A. then opened one gray package and discovered numerous pills, all marked with "Xanax" on each pill. T.A. relinquished custody of the four boxes and their contents to the Sheriff's Office.

24.     Agents reviewed photographs taken of the shipping labels on the four boxes and observed a shipping label created by EasyPost with the same account number as the one used on envelopes bearing the return address names "Colin H. Taylor" and "Sharon Lee". The EasyPost account number was C26321.

25.     On March 12, 2018, agents took custody of the four boxes and their contents from the Sheriff's Office. Agents inspected the contents and confirmed the four boxes were each filled with three packages. Each of the three packages contained numerous white elongated pills. Agents observed that each pill bore the marking "Xanax" on one side and the marking "2" on the other side, which markings are consistent with pills made by the pharmaceutical manufacturer Pfizer. Agents could tell upon inspecting the pills through the plastic packaging that several of the pills had

lighter markings, indicating possible counterfeit production. On March 27, 2018, laboratory results returned indicating the pills were all alprazolam (Xanax) with a 95% level of confidence and numbered 83,538 dosage units (total pills).

### Cleveland Alprazolam Package

26.     On March 8, 2018, a detective at the Cleveland, Ohio Police Department reported USPS Parcel 9405536897846313514706 (Easy Post) to agents. The parcel was addressed to 3740 Euclid Ave, Cleveland, Ohio, 44115, and was turned over by a resident who had no knowledge of the parcel.  The parcel originated in Urbana, Illinois and contained more than 1,000 alprazolam pills, which was confirmed by the Cuyahoga County Laboratory on March 22, 2018.

27.     On March 22, 2018, agents identified associated mailings going to Confidential Source 1 (CS1) at an address in Cleveland, Ohio. These parcels, like those deposited by CAAMANO into the mail drop box in Champaign, Illinois, had a return address of Colin H. Taylor, 2105 S. Zuppke Dr., Urbana, Illinois, and were associated with EasyPost account C26321.

28.     On March 26, 2018, agents conducted a controlled delivery of the parcels destined for CS1.  Agents detained CS1 after CS1 took custody of the parcels and returned to CS1's residence. CS1 signed a consent form permitting law enforcement agents to search CS1's residence, which resulted in the recovery of the two parcels associated with EasyPost account C26321, along with various narcotics, numerous Priority Mailing envelopes, label makers, and a food saver machine with plastic bags commonly used for vacuum packaging.

29.    CS1 provided a statement to agents and advised that CS1 purchased the "Xanax" (alprazolam) that was recovered from the parcels from a darkweb vendor that CS1 had found on a Reddit[3] forum. CS1 identified the Reddit user as "Googleplex". CS1 stated that "Googleplex" sells "Xanax" on the Dream Market, but advised that CS1 purchased directly from "Googleplex" by sending Monero[4] cryptocurrency to a wallet[5] provided by "Googleplex". CS1 stated that CS1 communicates with "Googleplex" via email.  CS1 stated that CS1 ordered from "Googleplex" three times in amounts of $5,000.00, $5,000.00, and $4,000.00 during the winter and spring of 2018 and paid "Googleplex" $0.60 per "Xanax" pill.

30.    In performing a Google search using keywords "Googleplex Reddit", agents were able to see URL results ranging from 2016 to 2018, which referenced "Googleplex" and discussed dark web transactions and "Xanax".

---

[3] Reddit is an American social news aggregation, web content rating, and discussion website or forum. Registered members submit content to the site such as links, text posts, and images, which are then voted up or down by other members.

[4] An open-source cryptocurrency that focuses on privacy and decentralization.  Monero uses a public ledger to record transactions while new units are created through a process called mining.  Monero aims to improve on existing cryptocurrency design by obscuring sender, recipient, and amount of every transaction made, as well as making the mining process more egalitarian.

[5] A "wallet" or cryptocurrency wallet stores the public and private keys, which can be used to receive or spend the cryptocurrency.  A wallet can contain multiple public and private key pairs.  The cryptocurrency itself is not in the wallet.  The cryptocurrency is decentrally stored and maintained in a publically available ledger.  With a private key, it is possible to write in the public ledger in order to spend the cryptocurrency.

### *CAAMANO's Plan to Move His Base of Operations*

31.     On or about March 23, 2018, Googleplex sent the CS a message through an encrypted mail service stating that "our stealth is pretty good (as you know) but we're also getting some suspicion that they are profiling our packs. . . . Honestly, it's getting tougher to be a vendor nowadays. We are going to move our operations out of state first of all, bc/ of these heat issues. So we will be back late summer/fall." This message was later discovered by a law enforcement officer who had gained control of CS1's account.

32.     On or about March 30, 2018, a law enforcement officer using the messaging account previously controlled by CS1 received a message from Googleplex in response to an inquiry about sales. The message from Googleplex advised that Googleplex might be able to complete a transaction but it would have to be "next week." Googleplex noted in the message that "we are reluctant to sell b/c LE might be profiling our packs. We are moving operations to avoid heat".

33.     In early April 2018, a law enforcement officer using a different undercover account to browse the dark web Dream Market vendor site used by Googleplex noted that the away message used by Googleplex stated that the Xanax vendor was out of stock and would be back in the summer/fall.

### *Tracking Warrant for the RAV4*

34.     On March 21, 2018, a federal search warrant was issued authorizing the activation of a GPS tracking device upon CAAMANO's RAV4. On March 23, 2018, agents activated the GPS tracking device and affixed it to the RAV4.

35.     Following the installation of the tracker, the tracking data revealed that CAAMANO utilized the Toyota RAV4 multiple times per week to travel from 1510 Glenshire Drive to the vicinity of United Parcel Service locations, United States Post Office Box locations, and United States Postal Service drop box locations.

36.     On April 18, 2018, agents observed that the prior evening the tracker had, for the first time known to law enforcement, remained overnight at 510 S. Fair Street, Champaign, Illinois; previously, the tracker had reflected that CAAMANO parked the RAV4 at the Glenshire Drive property overnight. Because the Toyota Rav4 could not be seen, agents believed it, along with the tracking device, were likely parked inside the garage.

37.     On April 19, 2018, at approximately 9:00 a.m., agents observed a silver 2016 Chevrolet Cruze (Indiana license plate number FL235AAL) at the Glenshire Drive property.  Representatives at Enterprise RENT-A-CAR, 1804 South Neil Street, Champaign, Illinois, provided a car rental agreement to agents, which identified CAAMANO as the renter of said vehicle from April 18, 2018, to May 9, 2018. At approximately 11:33 a.m., agents observed CAAMANO return to the Glenshire Drive property in the rental vehicle. Based on experience and training, agents are aware that individuals engaged in trafficking narcotics frequently utilize rental vehicles in order to avoid detection by law enforcement.

### *Recovery of Returned Package in Normal, Illinois*

38.     On March 29, 2018, law enforcement agents were contacted by USPIS regarding a package with EasyPost account C26321, which had been turned into the

12

USPS Office in Normal, Illinois as "refused mail". The EasyPost account number matched the account number CAAMANO was believed to have used to create shipping labels for previous packages. The package was addressed to Toby Warner, 7905 Hollywood, Los Angeles, California; originated from Urbana, Illinois; and weighed approximately 2 pounds. The return address was listed as Lisa K. Wilson at 408 E. High Street, Urbana, Illinois, 61801. The package had a USPS label over the recipient address stating, "Return to Sender, Refused, Unable to Forward, Return to Sender". Agents were advised by Lisa K. Wilson that she did not send the package and had no knowledge of it or its contents. A later inspection of the package by agents revealed 1,000 pills marked "Xanax".

### *PayPal Purchases*

39.     The previously discussed Navy Federal Credit Union bank records for CAAMANO (specifically checking account # 7029731721) also revealed a number of PayPal purchases that were funded through the account.

40.     PayPal account 1662394575525739130, with registered email address stephancho@gmail.com, was used to purchase Firmapress, a pharmaceutical binding agent, from the company LFA Machines Oxford, Ltd. on April 4, 2017. The purchase was funded by via CAAMANO's Navy Federal checking account # 7029731721.

41.     PayPal account 1928865671187482181, with registered email addresses stephancho@gmail.com and stephan4096@gmail.com, was used to purchase the binding agent Firmapress from LFA Machines Oxford Ltd on September 19, 2016; December 14, 2016; December 19, 2016; March 6, 2017; April 19, 2017; May 19, 2017; June 25, 2017; July

12, 2017; September 4, 2017; and September 29, 2017. This same PayPal account was used to purchase from LFA Machines Oxford Ltd an RTP 9 Rotary Tablet Press on April 26, 2017, and a Tablet Dust Vacuum on August 8, 2017. The PayPal account also was used to purchase additional tablet press machines from vendor eb@senders-inc.com on December 14, 2016, and vendor cabbo@live.cn on December 22, 2016; binding and tablet machine parts from vendor petter.su@outlook.com on February 6, 2017, and March 26, 2017; and oval and polygon punch stamp molds for tablet press machines from vendor weiping002@hotmail.com on December 21, 2016. All of these purchases were funded by the Navy Federal Credit Union checking account 7029731721 belonging to CAAMANO.

42.    Additional PayPal purchases were funded from CAAMANO's Navy Federal Credit Union checking account. The PayPal accounts used to make these purchases were varyingly associated with the email addresses Mexacc702x@gmail.com and torimoneybags@gmail.com. These additional purchases included: (1) a 20-liter Mixer Pharma machine on March 12, 2017; (2) a rotary press machine from vendor Capsulcn International Company, Ltd. on March 28, 2017; (3) a 20-liter Mixer Pharma machine from vendor Capsulcn International Company Ltd on August 18, 2016; (4) a single punch tablet press machine from vendor Xie Dian Mou on September 6, 2016; (5) a Xanax punching mold die set stamping mold for a tablet press machine from vendor 侯 茜桐 on October 6, 2016; and (6) polygon die stamp molds for a tablet press machine from vendor Ping Wei on October 6, 2016.

43.    Furthermore, records from LFA Machines Oxford Ltd. confirm their means of communication to confirm purchase and shipments were email accounts

14

stephan4096@gmail.com and stephancho@gmail.com. All items known to law

enforcement that were shipped from LFA Machines Oxford Ltd. to CAAMANO were

shipped to CAAMANO's rental address: 510 S. Fair St., Champaign, Illinois, 61821.

### Purchase of Precious Metals with Cryptocurrency

44.    CAAMANO is known to purchase precious metals from and to receive

shipments from companies that accept cryptocurrency in exchange for precious metals.

Specifically, both Veldt, LLC (Veldt Gold) and Provident Metals deal in precious metals

and gold bullion and have sold and/or shipped items to CAAMANO. Both Veldt, LLC

and Provident Metals note on their websites that customers may purchase precious

metals and gold from these companies by means of Bitcoin.

45.    Provident Metals records show that they shipped gold bullion to

CAAMANO on eight occasions between October 2016 and October 2017. These

transactions totaled approximately $136,000. On each occasions, the records reflect that

CAAMANO provided Bitcoin as payment for the gold bullion.[6]

46.    On April 19, 2017, Veldt, LLC (Veldt Gold) used shipper number 0854YA

to send a parcel via UPS, tracking number 1Z0854YA2491090511, to CAAMANO at his

UPS box located at 1717 West Kirby Avenue, Champaign, Illinois, according to a UPS

return.

---

[6] Relatedly, on October 24, 2017, CAAMANO received a UPS ground shipment with
tracking number 1ZR0872X4261814856 from Provident Metals to his rented P.O. Box located at
302 East Green Street Unit 2394, Champaign, Illinois. The packaging for this shipment was
located during a trash pull of residence 1510 Glenshire Drive, Champaign, Illinois, conducted
on January 24, 2018 by agents.

## *Sale of Gold Bullion to Precious Metals Exchange*

47.     Furthermore, CAAMANO is a bronze level customer with American Precious Metals Exchange, Inc. (APMEX, Inc.), an online precious metals dealer. Records received from APMEX, Inc. showed that CAAMANO was listed as the vendor associated with the APMEX, Inc. account 1232940, with a trading limit set at $250,000. CAAMANO has held an account with APMEX, Inc. since November 3, 2016. Contact information for the account included the e-mail address of stephancho@gmail.com, which is the same email address associated with two of the previously mentioned PayPal accounts; a telephone number of 510-701-1962;[7] and an address of 302 East Green Street, Unit 2394, in Champaign, Illinois, which is known to be a Post Office Box.

48.     CAAMANO's Navy Federal Credit Union checking account 7029731721 showed multiple large deposits of funds from APMEX, Inc. into the account between November 2016 and November 2017. The funds were transmitted via direct deposit, wire transfer or check.

49.     The records show that APMEX, Inc. made a total of 11 payments to CAAMANO from November 2016 through November 2017, totaling $473,515.70, in exchange for his sale to APMEX, Inc., of 1 ounce gold American Eagle coins in various quantities. These payments are listed in the below chart:

---

[7] Area code 510 is a California telephone area code serving Alameda County, where the University of California-Berkeley is located.

| APMEX, Inc. Payments to CAAMANO from 11/2016-11/2017 | | | | | |
|---|---|---|---|---|---|
| Date | Number Ordered | Description | Unit Price | Total Price | Payment Type |
| 12/19/2017 | 14 | 2017 1oz Gold American Eagle BU | $1,251.50 | $17,521.00 | ACH Transfer to Checking Account |
| 11/17/2017 | 30 | 1oz Gold American Eagle BU | $1,285.30 | $38,559.00 | ACH Transfer into Checking Account |
| 7/25/2017 | 35 | 2017 1oz Gold American Eagle BU | $1,260.00 | $44,100.00 | ACH Transfer into Checking Account |
| 6/21/2017 | 102 | 1oz Gold American Eagle BU | $1,229.30 | $125,388.60 | Bank Wire to Checking Account |
| 5/26/2017 | 44 | 2017 1oz Gold American Eagle BU | $1,283.00 | $56,452.00 | APMEX Check Deposited Into Checking Account |
| | 26 | 1oz Gold American Eagle BU | $1,262.00 | $32,812.00 | APMEX Check Deposited Into Checking Account |

| | | | | | |
|---|---|---|---|---|---|
| 4/24/2017 | 34 | 2017 1oz Gold American Eagle BU | $1,287.90 | $43,788.60 | ACH Transfer to Checking Account |
| 4/3/2017 | 32 | 2017 1oz Gold American Eagle BU | $1,268.60 | $40,595.20 | ACH Transfer to Checking Account |
| 3/14/2017 | 13 | 1oz Gold American Eagle BU | $1,216.10 | $15,809.30 | ACH Transfer to Checking Account |
| 2/14/2017 | 10 | 2017 1oz Gold American Eagle BU | $1,245.40 | $12,454.00 | ACH Transfer to Checking Account |
| 11/21/2016 | 19 | 2016 1oz Gold American Eagle BU | $1,235.90 | $23,482.10 | ACH Transfer to Checking Account |
| 11/4/2016 | 17 | 1oz Gold American Eagle BU | $1,326.70 | $22,553.90 | ACH Transfer to Checking Account |

50.    Throughout CAAMANO's membership with APMEX, there is no record showing any purchases made by CAAMANO through APMEX.  Based on the Provident Metals records and UPS return for Veldt Gold, agents believe CAAMANO purchased the precious metals he sold to APMEX, Inc. with Bitcoin.

51.     Due to the large sums and frequent deposits, agents believe that CAAMANO used APMEX, Inc. to launder proceeds derived from his manufacturing and sale of alprazolam pills.

### *Trash Pulls and Additional Surveillance*

52.     Throughout the course of this investigation, law enforcement agents have conducted a series of trash pulls at the Glenshire Drive property and his rental address: 510 S. Fair Street, Champaign, Illinois, 61821.

53.     Trash pulls on the following dates at the Glenshire Drive property have revealed items including but not limited to:

a.     **January 24, 2018**: Shipping labels addressed to CAAMANO at 1510 Glenshire Dr. and a known prior residence from Provident Machine Bearings, a precious metals dealer, and NutraHealthSupply.com, a nutrition bodybuilding supplement provider); numerous shredded plastic pieces with some sort of residue from what appeared to be several commercial grade plastic Ziploc bags; and a Netgear router instruction manual.

b.     **January 31, 2018**: (1) a Budget rental agreement, showing that on August 27, 2017, CAAMANO rented a 26-foot diesel cargo trailer to move property from 510 S. Fair Street, Champaign, Illinois, to 1510 Glenshire Drive; and (2) a shipping label addressed to Stephan CAAMANO at 1510 Glenshire Dr. The sender on the shipping label was Choetech, a company based in Lexington, Kentucky. Agents' research has revealed that the company is a supplier of electronic and computer accessory items, such as charging cords and USB connecting cables.

19

c.     **April 11, 2018**: Numerous items including utility bills for 510 S. Fair Street, tax forms associated with CAAMANO, documentation of Post Office Box openings and closings, and a Navy Federal Credit Union mailing to CAAMANO. Agents also discovered a Christmas card to CAAMANO from Veldt Gold, a company known to sell precious metals in exchange for virtual currency.

d.     **May 23, 2018**: Assorted shipping materials, including mylar packaging, vacuum sealer roll packaging, and unused shipping labels; assorted packaging envelopes addressed to CAAMANO at 1510 Glenshire Dr., 510 South Fair Street, and 302 East Green Street, Unit 2394, in Champaign, Illinois; a used Ziploc bag with powdery residue; industrial plastic bag with "DNP 200mg" written in marker; and a Provident Metals magnet (the precious metals dealer mentioned previously).

54.     Trash pulls on the following dates at 510 S. Fair Street, Champaign, Illinois, 61821, have revealed items including but not limited to:

a.     **March 27, 2018**: Two shipping documents addressed to CAAMANO at 510 S. Fair Street; three glass beakers; a charging device; a plastic bag with a white powdery residue; two plastic cups with white powdery residue; and six unopened packages of powder supplements.

b.     **May 8, 2018**: 18 metal container rings and clamps, along with 15 metal lids. Many of the lids contained a powdery residue. All shipping labels on the metal lids had been forcibly removed, preventing agents from learning the shipper or container contents. Agents believe the clamps and lids were part of the packaging used to ship Firmapress, a pill binding agent, from LFA Machines, LLC.

20

## *Residential Search Warrants*

55.      On May 27, 2018, residential search warrants were executed at the Glenshire Drive property and at 510 South Fair Street in Champaign, Illinois. Agents found a various metal machine parts, proof of residency, an instruction manual for a sale, a Toshiba laptop and a cutting agent powder. At the Glenshire Drive property, agents found one zp9 rotary tablet press, which had been partially taken apart, two 20L mixing machines, 3 commercial grade scales, 3 heavy duty vacuum sealing machines, multiple large plastic bins and containers used to sort and mix powders used to press pills, a container filled with binding agent Firmapress, pressed counterfeit Xanax bars, non-prescribed steroids, doping masking agents, non-FDA approved tramadol and domperidone medicines, tryptamine (psychedelic), multiple materials used for packaging and shipping items via registered mail, multiple cellular devices, and several computers and computer related components containing memory/hard drive space. Agents also discovered a laptop cord to a Toshiba laptop.

### *Rental of 3526 North Pennsylvania Street,*
### *Apartment B1, Indianapolis, Indiana*

56.      On May 16, 2018, law enforcement agents continued to monitor the previously discussed tracking device on CAAMANO's RAV4. Agents noted that the vehicle had departed the Glenshire Drive property and traveled eastbound on Interstate 74.

57.      Through this surveillance and their monitoring of the GPS tracking device, agents observed CAAMANO travel in the Toyota RAV4 to the Indiana Bureau

of Motor Vehicle's Indy West facility at 10 S. Mickley Avenue in Indianapolis, Indiana,

where he entered the facility to complete a written driver's examination before

producing paperwork at a counter to register his RAV4. At approximately 1:14 p.m.

Eastern Standard Time, CAAMANO exited the Bureau of Motor Vehicle facility and

returned to the Glenshire Drive property.

58.    Agents obtained records from the Indiana Bureau of Motor Vehicles

which showed that CAAMANO had transferred his registration of the RAV4 from

Illinois to Indiana with forthcoming Indiana registration number ANC754. The records

also showed that CAAMANO had provided proof of Indiana residence with an address

of 3526 North Pennsylvania Street, Apartment B1, Indianapolis, Indiana.

59.    Law enforcement agents obtained the leasing agreement for 3526 North

Pennsylvania Street, Apartment B1, Indianapolis, Indiana, from the property managers.

The leasing agreement showed that CAAMANO had electronically signed a rental

contract for the apartment on May 9, 2018, at 7:18 p.m. CAAMANO's approved move-

in date was May 10, 2018. CAAMANO lease ended on May 31, 2019. The leasing

agreement showed that CAAMANO had provided his Navy Federal Credit Union

checking account statement for April/May 2018 to show he was able to pay for the

apartment, which had a monthly rent of $569.00 with $20.00 per month for gated

parking.

### *CAAMANO's Virtual Currency/Bitcoin Wallets*

60.    Agents have learned that CAAMANO used the dark web moniker

"Googleplex" on marketplaces such as Dream Market. On the "Googleplex" Dream

Market vendor store CAAMANO ran, a message to customers noted that CAAMANO accepted the currencies Monero, Bitcoin, and Bitcoin Cash for transactions.

61.     Law enforcement agents obtained search warrants for electronic devices, including a computer and cellular telephones, acquired from CAAMANO's person and from his residence at 1510 Glenshire Drive, in Champaign, Illinois, on May 27, 2018. In examining these devices, agents have learned CAAMANO has owned more than one Bitcoin wallet; these wallets have been used to conduct transactions. For instance, one of the cellular telephones contained a record showing that in April 2017 CAAMANO had a sum of 16 Bitcoin returned to his account for an unknown reason involving a transaction with a precious metal exchange listed as "Gold Silver Bull". Forensic analysis of CAAMANO's devices is ongoing.

62.     Multiple law enforcement sources have stated that the vendor "Googleplex" conducted transactions with them involving large sums of Bitcoin or Monero in exchange for large volumes of counterfeit Xanax. These sources confirmed their packages of alprazolam pills had shipping labels made with EasyPost Account C26321, discussed above. These sources further indicated that "Googleplex" operated out of the Champaign-Urbana, Illinois area, and this information was confirmed by the records obtained from EasyPost Account C26321.

### *CAAMANO's Employment*

63.     CAAMANO's only known employment during the relevant time period was as a graduate student teaching assistant for the University of Illinois-Urbana-Champaign's Mathematics Department for one semester. The bank records showed

four monthly deposits of $2,066.67 from the University of Illinois made to
CAAMANO's checking account from about September 15, 2016, through about
December 15, 2016, when his employment as a teaching assistant is believed to have
terminated.

64.     No record of employment can be found for CAAMANO after December
2016. A typed letter obtained from CAAMANO's backpack that appeared to be
authored by CAAMANO similarly states, "I really have been playing video games for
the entirely of 2017…Currently I do not have a job….I do not intend to get a job in the
near term future…"

65.     Additionally, agents learned about two additional Reddit.com user names
utilized by CAAMANO: u/ambitiouslycurious and u/jobthrowaway1024. When agents
searched for posts associated with these usernames, they found questions and
information posted under the usernames. Of particular relevance here, CAAMANO
solicited answers from other users on Reddit.com on how to get a job after four years of
unemployment.  Specifically, CAAMANO stated: "Due to a personal windfall I didn't
have to worry about expenses in the past 4 years out of school. . . and I probably don't
need a job for the next 2 years." Further, CAAMANO asked, "How do I explain my
unemployment gap of 4 years (2014-2018) to my future employers?"

66.     CAAMANO also has claimed to be owner of "Nature Supplements" when
he purchased pill binding and materials from LFA Machines.  Agents, however, have
not discovered any documentation, records, marketing or any other identifiers for this

purported company aside from one invoice from LFA Machines in August 2017 relating to the purchase of the RTP-41 press.

67.    Since there are no records that can lawfully explain CAAMANO's assets, for instance from gainful employment, agents believe these funds are from CAAMANO's illicit transactions. Specifically, as described above, agents believe that CAAMANO, aka "Googleplex", manufactured and sold counterfeit Xanax via the dark web to customers across the country in exchange for cryptocurrency such as Bitcoin. CAAMANO then used his cryptocurrency to purchase gold from companies such as Veldt Gold and Provident Metals and later sold that gold to American Precious Metal Exchange at a slight loss as a means to launder his narcotics proceeds and convert "virtual" currency into easily spent fiat currency, which was then used to purchase items such as the Toyota RAV4 and the Glenshire property through CAAMANO's Navy Federal Credit Union checking account # 7029731721.

68.    Based on the foregoing, I respectfully request that this Court issue a seizure warrant as probable cause exists that any and all funds contained in bank account number 7029731721 held in the name of Stephan Caamano at the Navy Federal Credit Union is subject to seizure and forfeiture in accordance with 18 U.S.C. § 981(b) and 21 U.S.C. § 881(b).

69.     I have read the foregoing affidavit in support of a Seizure Warrant and the facts therein are true and correct to the best of my knowledge and belief.

FURTHER, AFFIANT SAYETH NOT.

s/Trevor S. Waite

_____

Trevor S. Waite, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this
_____ day of June, 2018.

s/Eric I. Long

_____

THE HONORABLE ERIC I. LONG
United States Magistrate Judge

26